UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

AMGAD ABDOU,

                          Petitioner,

-v-

UNITED STATES OF AMERICA,

                          Respondent.

18 Civ. 10407 (PAE)
17 Cr. 267 (PAE)

ORDER

---

PAUL A. ENGELMAYER, District Judge:

On September 17, 2019, the Court issued an order denying petitioner Amgad Abdou's *pro se* motion to vacate his conviction for aggravated identity theft in violation of 18 U.S.C. § 1028A. 18 Civ. 10407, Dkt. 15. The Court neglected to address whether petitioner is entitled to a certificate of appealability. For the reasons stated in its earlier order, the Court declines, *nunc pro tunc*, to issue a certificate of appealability and certifies that any appeal from this order would not be taken in good faith; therefore, *in forma pauperis* status is denied for the purpose of an appeal. *Coppedge v. United States*, 369 U.S. 438, 445 (1962).

SO ORDERED.

                                                                *Paul A. Engelmayer*
                                                               PAUL A. ENGELMAYER
                                                               United States District Judge

Dated: November 12, 2019
       New York, New York