**Federal Defenders OF NEW YORK, INC.**

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

David E. Patton
Executive Director
and Attorney-in-Chief

Southern District of New York
Jennifer L. Brown
Attorney-in-Charge

March 13, 2020

**VIA ECF**
Honorable Paul E. Engelmayer
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:  United States of America v. Amgad Abdou
     17 Cr. 267 (PAE)**

Hon. Judge Engelmayer:

I write to request that Your Honor order the United States Department of State to release Mr. Amgad Abdou's passport to Mr. Abdou, or to a representative from my office.  The State Department has informed my office that they can only release Mr. Abdou's passport pursuant to a Court order.  Mr. Abdou received a sentence of twenty-four months' incarceration on March 19, 2018. We thus respectfully request that the Court order the release of his passport.

Respectfully submitted,

/s/
Julia Gatto
Assistant Federal Defender

**GRANTED**. The Clerk of Court is requested to terminate the motion at Dkt. No. 46.

SO ORDERED:

5/19/2020

_____
HONORABLE PAUL A. ENGELMAYER
United States District Judge